FILED
2011 Oct-11  AM 09:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| STACY HAGOOD, | ) | |
| | ) | |
| Plaintiff , | ) | |
| | ) | |
| v. | ) | 4:11-CV-0859-RBP-JEO |
| | ) | |
| OFFICER HANRY CANAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 26, 2011, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted, or seeking monetary relief from defendants who are immune.  The plaintiff filed objections to the report and recommendation on August 9, 2011.  While the plaintiff objects to the findings of the magistrate judge he has failed to present any facts to show that the defendants violated his constitutional rights.

Having carefully reviewed and considered *de novo* the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

DATED this 11th day of October, 2011.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE